# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| KEVIN WILLIAMS, | : | No. 78 WM 2019 |
| Petitioner | : | |
| v. | : | |
| GLOBEL TEL*LINK CORP., ET. AL., | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Petitioner has 30 days to submit his Petition for Allowance of Appeal.